IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 23 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

PIMAX MANAGEMENT, LLC                       PLAINTIFF

V.                            CIVIL ACTION NO. 1:22cv321 TBM-RPM

LYNN ALLEN FLOYD and L. LA'RON POSEY        DEFENDANTS

JURY TRIAL: __ Yes  X  No

### COMPLAINT ON PROMISSORY NOTE

COMES NOW Pimax Management, LLC, Plaintiff, by and through its attorney of record, and files this Complaint on Promissory Note against Lynn Allen Floyd and L. La'Ron Posey, Defendants, and in support thereof states as follows:

### PARTIES

1. Plaintiff Pimax Management, LLC ("Pimax") is a Mississippi limited liability company with its principal place of business located at 1717 Thicketon Circle, Wake Forest, North Carolina 27587.

2. The members of Pimax are Mariusz Pietron and Monika Pietron.

3. Mariusz Pietron and Monika Pietron are citizens of North Carolina, residing at 1717 Thicketon Circle, Wake Forest, North Carolina 27587.

4. Defendant Lynn Allen Floyd is a citizen of Mississippi, residing at 1523D Nicholson Avenue, Waveland, Mississippi 39576.

5. Defendant L. La'Ron Posey is a citizen of Texas, residing at 811 Butterfly Garden Trail, Richmond, Texas 77406.

### JURISDICTION

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. The citizenship of an LLC is determined by the citizenship of all its members; accordingly, Plaintiff is a citizen of the state of

North Carolina. Defendant Posey is a citizen of Texas and Defendant Allen is a citizen of Mississippi. Plaintiff and each Defendant, therefore, are citizens of different states. Diversity of citizenship subject matter jurisdiction requires the matter in controversy to exceed the sum or value of $75,000, exclusive of interest and costs. The amount owed by Defendants to Plaintiff is more than $75,000, not counting interest and costs of court, based on a Promissory Note in the amount of $150,000. The parties are completely diverse and the amount in controversy meets the requirement of 28 U.S.C. § 1332. This Court has personal jurisdiction over Defendant Posey pursuant to Mississippi's long-arm statute. Miss. Code § 13-3-57. Defendant Posey, a non-resident of the state of Mississippi, and Defendant Allen, a resident and citizen of the state of Mississippi, obtained a loan from Plaintiff, via a Promissory Note construed in accordance with the laws of the State of Mississippi, in the amount of $150,000 for purposes of securing funding for Aquaponics of Mississippi, Inc., a corporation organized and existing under the laws of the State of Mississippi and with its principal place of business in Mississippi.

## FACTS

7. On July 21, 2020, Defendants signed and delivered a note promising to pay Plaintiff the sum of $150,000 with interest from July 11, 2020 on the unpaid principal at the rate 3% per year. *See* Promissory Note attached hereto as Exhibit "A." The purpose of the loan of $150,000 by Plaintiff to Defendants was to secure funding for Aquaponics of Mississippi, Inc.

8. The Promissory Note plus interest was due on December 1, 2020. Demand has been made on Defendants to pay the amount due and owing but Defendants have refused to pay Plaintiff.

9. Defendants owe the sum of $150,000, plus interest and costs of collection, including reasonable attorney fees as provided for in the Promissory Note.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants for the sum of $150,000 plus interest, costs and attorney fees.

Respectfully submitted,

PIMAX MANAGEMENT, LLC

By: _____
William I. Gault, Jr. (MSB #4774)
Nippes, Healy & Gault, PLLC
6360 I-55 North, Suite 350
Post Office Box 12314
Jackson, Mississippi 39236
Telephone: (601) 952-2592
bgault@billgaultlaw.com