**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**PIMAX MANAGEMENT, LLC**                                                        **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 1:22cv321 TBM-RPM**

**LYNN ALLEN FLOYD and L. LA'RON POSEY**                          **DEFENDANTS**

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff, Pimax Management, LLC, and hereby requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for entry of a judgment by default against Defendant, L. La'Ron Posey. In support of this request, Plaintiff, Pimax Management, LLC, relies upon the record in this case and affidavit submitted herein.

Respectfully submitted, this the 27th day of March, 2023.

**PIMAX MANAGEMENT, LLC**

By:    s/William I. Gault, Jr

OF COUNSEL:

William I. Gault, Jr. (MSB #4774)
Nippes, Healy & Gault, PLLC
6360 I-55 North, Suite 350
Post Office Box 12314
Jackson, Mississippi 39236
Telephone: (601) 952-2592
bgault@billgaultlaw.com

## CERTIFICATE OF SERVICE

I, William I. Gault, Jr., hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system and mailed a copy via U.S. Mail to the following non-ECF participant:

> L. La'Ron Posey
> 5315 Ridgewood Reef
> Houston, TX 77041

THIS, the 27th day of March, 2023.

s/William I. Gault, Jr

2