IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PIMAX MANAGEMENT, LLC**                                                      **PLAINTIFF**

v.                                                      CIVIL ACTION NO. 1:22-cv-321-TBM-RPM

**LYNN ALLEN FLOYD** and
**L. LA'RON POSEY**                                                      **DEFENDANTS**

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that Default Judgment is granted in favor of Plaintiff Pimax Management, LLC against Defendant Lynn Allen Floyd and Defendant L. La'Ron Posey. Pimax Management, LLC is awarded damages against Defendants Lynn Allen Floyd and L. La'Ron Posey in the amount of $150,000 plus 3% interest from July 11, 2020, in the sum of $12,108.06 and costs of collection and reasonable attorney's fees, as provided for in the promissory note, in the sum of $3,500. The amount of damages totals $165,608.06, together with interest as provided by 28 U.S.C. § 1961.

This, the 4th day of May 2023.

                                                                    _____
                                                                    TAYLOR B. McNEEL
                                                                    UNITED STATES DISTRICT JUDGE